

FILED

JUL 21 2009

DENN. ...ARONE, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:09-MJ-1167

| UNITED STATES OF AMERICA | ) |
|---|---|
| | ) |
| v. | ) CRIMINAL INFORMATION |
| | ) |
| TERREY LAMONT FENNER | ) |

The United States Attorney charges that:

### Count One

On or about May 30, 2009, in the Eastern District of North Carolina, at Marine Corps Base, Camp Lejeune, a place within the special maritime and territorial jurisdiction of the United States, the Defendant, TERREY LAMONT FENNER, did knowingly, willfully, and unlawfully go upon Marine Corps Base, Camp Lejeune, to wit: come aboard the installation, without authorization and in violation of Marine Corps Base, Camp Lejeune, Commanding General's Order, BO P5560.2M, in violation of the provisions of Title 18, United States Code, Section 1382.

### Count Two

On or about May 30, 2009, in the Eastern District of North Carolina, at Marine Corps Base, Camp Lejeune, a place within the special maritime and territorial jurisdiction of the United States, the Defendant, TERREY LAMONT FENNER, did unlawfully and willfully

operate a motor vehicle upon a street, highway, or public vehicular area while his license was suspended, in violation of North Carolina General Statute, Section 20-28(a), as assimilated by Title 18, United States Code, Section 13.

>                    GEORGE E.B. HOLDING
>                    United States Attorney
>
>                    By: _____
>                    CLAIRE M. AMDAHL
>                    Special Assistant U.S. Attorney
>                    Criminal Division