AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina



| United States of America | ) |
|---|---|
| v. | ) |
| TERREY LAMONT FENNER | ) Case No. 7:09-MJ-1167 |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* TERREY LAONT FENNER,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☑ Information ☐ Superseding Information ☐ Complaint

☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

CALLED AND FAILED TO APPEAR BEFORE USMJ JONES ON 2/10/2010 AT MISDEMEANOR COURT IN WILMINTGON, NC.

CT. 1 Trespassing, 18 USC 1382
CT. 2 DRIVING ON STATE SUSPENSION, 18 USC 13, NCGS 20-28(a)

FILED
APR 2 4 2013
JULIE A. RICHARDS, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

Date: 02/18/2010

*Issuing officer's signature*

City and state: WILMINGTON, NC

DENNIS P. IAVARONE, CLERK
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 2/23/2010, and the person was arrested on *(date)* 4/22/13
at *(city and state)* 2506 Country Club Rd. New Bern NC

Date: 4/23/12

DUSM Dan Tubman, E/NC
*Arresting officer's signature*

Samantha Jenner, USMS E/NC
*Printed name and title*

Case 7:09-mj-01167-JG   Document 8   Filed 04/24/13   Page 1 of 1